UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA,

v.  Case No.:  2:20-cr-137-SPC-KCD

YULEISY PERA ORTIZ
_____/

### ORDER

Before the Court is Defendant Yuleisy Pera Ortiz's Unopposed Motion for Early Termination of Probation.  (Doc. 84).  For the following reasons, the motion is granted.

Defendant pled guilty to one count of access device fraud and one count of aggravated identity theft.  The Court sentenced her to five-years' probation.  (Doc. 81) (amended judgment).  She has completed two years of her probation term and is on the administrative caseload.  She now requests that the Court terminate her probation.  (Doc. 84).

Defendant is 41 years old.  (*Id.*).  She and her husband are raising two minor children.  Additionally, Defendant has maintained stable employment cleaning homes.  She has had no violations or modifications of her probation and has successfully completed all of the specific conditions of probation.  Neither the Government nor the United States Probation Office oppose her request.

"The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)[,]

> (1) terminate a term of probation and discharge the defendant at any time after the expiration of one year of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

18 U.S.C. § 3583(e)(1).

After considering the law against the record, the Court will end Defendant's probation early. Defendant has complied with all of the terms and conditions imposed by the Court. She has served two of five years of her sentence of probation without incident. She is gainfully employed. Neither the Government nor the Probation Office object to terminating her probation early. The Court thus finds that early termination of Defendant's probation is in the best interests of justice, Defendant, and the public.

Accordingly, it is

**ORDERED**:

Defendant Yuleisy Pera Ortiz's Unopposed Motion for Early Termination of Probation (Doc. 84) is **GRANTED**. Defendant's probation shall terminate on June 11, 2025.

**DONE** and **ORDERED** in Fort Myers, Florida on May 28, 2025.

/s/ Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record